# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KARPIERZ, ELWIRA ANNA | § | Case No. 15-35501 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/19/2015 . The undersigned trustee was appointed on 10/19/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    11,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 561.90 |
| Bank service fees | 70.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 10,367.22 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 03/07/2016 and the deadline for filing governmental claims was 04/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,850.00, for a total compensation of $ 1,850.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 12.61, for total expenses of $ 12.61 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/26/2017         By: /s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-35501   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | KARPIERZ, ELWIRA ANNA | Date Filed (f) or Converted (c): 10/19/15 (f) |
| | | 341(a) Meeting Date: 12/03/15 |
| For Period Ending: | 01/26/17 | Claims Bar Date: 03/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 27159 N Mack Dr, Wauconda IL 60084 | 365,000.00 | 0.00 | | 0.00 | FA |
|    Location: 27159 N Mack Dr, Wauconda IL 60084 | | | | | |
| 2. Financial Accounts | 1,500.00 | 0.00 | | 0.00 | FA |
|    Checking and Savings Account at Chase | | | | | |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
|    Checking Account at Healh Care Associates Credit Union | | | | | |
| 4. Financial Accounts | 375.00 | 0.00 | | 0.00 | FA |
|    Checking and Savings Account at Bank of America - Owned by Debtor and Daughter | | | | | |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
|    Furnishings and Appliances | | | | | |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
|    DVDs, CDs, Books, Personal Pictures | | | | | |
| 7. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
|    Clothes and Shoes | | | | | |
| 8. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
|    Wedding Band | | | | | |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
|    Term Life Insurance Policy through Work | | | | | |
| 10. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
|    401k Account with Employer | | | | | |
| 11. Liquidated Claims | 500.00 | 0.00 | | 0.00 | FA |
|    2015 Joint Anticipated Tax Refund | | | | | |
| 12. Vehicles | 4,062.50 | 0.00 | | 0.00 | FA |
|    2010 Nissan Versa with over 70,000 miles- Joint with Daughter | | | | | |
| 13. Vehicles | 500.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-35501 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KARPIERZ, ELWIRA ANNA | Date Filed (f) or Converted (c): | 10/19/15 (f) |
| | | 341(a) Meeting Date: | 12/03/15 |
| | | Claims Bar Date: | 03/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2002 Dodge Caravan with over 215,000 miles 14. Animals 2 Dogs 1 Chicken | 3.00 | 0.00 | | 0.00 | FA |
| 15. 2015 Dodge Jouney (u) | 0.00 | 0.00 | | 11,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $373,490.50 | $0.00 | | $11,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO REVIEW CLAIMS AND SUBMIT TFR - 1/12/17. TRUSTEE SOLD VEHICLE AT PUBLIC AUCTION - 10/31/16. TRUSTEE FILED MOTION TO EMPLOY AUCTIONEER TO SELL VEHICLE - 7/30/16. TRUSTEE IS FILING MOTION TO EMPLOY ATTORNEY FOR TRUSTEE - 4/30/16.

Initial Projected Date of Final Report (TFR): 03/31/17    Current Projected Date of Final Report (TFR): 03/31/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-35501 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | KARPIERZ, ELWIRA ANNA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6496  Checking Account |
| Taxpayer ID No: | *******3931 | | | |
| For Period Ending: | 01/26/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/16 | 15 | AMERICAN AUCTION ASSOCIATES, INC. 508 WEST BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Sale of Vehicle | 1229-000 | 11,000.00 | | 11,000.00 |
| 08/26/16 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. 508 WEST BRITTANY DRIVE ARLINGTON HEIGHTS, IL 60004 | Auctioneer Expenses Auctioneer Expenses | 3620-000 | | 561.90 | 10,438.10 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,428.10 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,413.10 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.48 | 10,397.62 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.96 | 10,382.66 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.44 | 10,367.22 |

|  | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 11,000.00 | 632.78 | 10,367.22 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,000.00 | 632.78 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 11,000.00 | 632.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********6496 | 11,000.00 | 632.78 | 10,367.22 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 11,000.00 | 632.78 | 10,367.22 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      11,000.00      632.78

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 26, 2017 |
|---|---|---|---|---|---|---|

Case Number: 15-35501  
Debtor Name: KARPIERZ, ELWIRA ANNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $1,862.61 | $0.00 | $1,862.61 |
| ADMIN 22 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $3,470.22 | $0.00 | $3,470.22 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $20,431.31 | $0.00 | $20,431.31 |
| 000002<br>070<br>7100-00 | U.S. Department of Education CO<br>Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508 | Unsecured | | $22,886.53 | $0.00 | $22,886.53 |
| 000003<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $138.08 | $0.00 | $138.08 |
| 000004<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,997.51 | $0.00 | $1,997.51 |
| 000005<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $2,000.63 | $0.00 | $2,000.63 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $15,981.68 | $0.00 | $15,981.68 |
| 000007<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,075.79 | $0.00 | $9,075.79 |
| 000008<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,011.29 | $0.00 | $3,011.29 |
| 000009<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $300.32 | $0.00 | $300.32 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 26, 2017 |

Case Number: 15-35501  
Debtor Name: KARPIERZ, ELWIRA ANNA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $3,782.20 | $0.00 | $3,782.20 |
| 000011 070 7100-00 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (WAL-MART) POB 41067 Norfolk, VA 23541 | Unsecured | | $7,961.43 | $0.00 | $7,961.43 |
| | Case Totals: | | | $92,899.60 | $0.00 | $92,899.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-35501
Case Name: KARPIERZ, ELWIRA ANNA
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 10,367.22

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 12.61 | $ 0.00 | $ 12.61 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,264.00 | $ 0.00 | $ 3,264.00 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 206.22 | $ 0.00 | $ 206.22 |

Total to be paid for chapter 7 administrative expenses      $ 5,332.83

Remaining Balance      $ 5,034.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,566.77  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 20,431.31 | $ 0.00 | $ 1,174.64 |
| 000002 | U.S. Department of Education CO Nelnet | $ 22,886.53 | $ 0.00 | $ 1,315.79 |
| 000003 | Quantum3 Group LLC as agent for | $ 138.08 | $ 0.00 | $ 7.94 |
| 000004 | Quantum3 Group LLC as agent for | $ 1,997.51 | $ 0.00 | $ 114.84 |
| 000005 | Quantum3 Group LLC as agent for | $ 2,000.63 | $ 0.00 | $ 115.02 |
| 000006 | American InfoSource LP as agent for | $ 15,981.68 | $ 0.00 | $ 918.82 |
| 000007 | American Express Bank, FSB | $ 9,075.79 | $ 0.00 | $ 521.79 |
| 000008 | Capital One, N.A. | $ 3,011.29 | $ 0.00 | $ 173.12 |
| 000009 | PYOD, LLC its successors and assigns as | $ 300.32 | $ 0.00 | $ 17.27 |
| 000010 | PYOD, LLC its successors and assigns as | $ 3,782.20 | $ 0.00 | $ 217.45 |
| 000011 | Portfolio Recovery Associates, LLC | $ 7,961.43 | $ 0.00 | $ 457.71 |

Total to be paid to timely general unsecured creditors        $            5,034.39

    Remaining Balance                                                      $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE