IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:               )        IN CHAPTER 7
                                )
**KARPIERZ, ELWIRA ANNA**       )        No. 15 B 35501
                                )
         Debtor(s)              )

## PROOF OF SERVICE

TO:    See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on February 9, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                              BY: /s/ Joseph E. Cohen
                                                 One of His Attorney

Service List:

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054-3025

U.S. Dept of Education
c/o Nelnet
121 S 13th Street, Ste 201
Lincoln, NE   68508

Quantum 3 Group, LLC as agent for
Comenity Bank
P.O. Box 788
Kirkland, WA   98083-0788

American InfoSource LP as agent
for TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124-8866

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Capital One, NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

PYOD, LLC its successors and assign
as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (WalMart)
P.O. Box 41067
Norfolk, VA   23541

Laura Frye
laurafrye@att.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov