# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
KARPIERZ, ELWIRA ANNA § Case No. 15-35501
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 351,890.50 *(Without deducting any secured claims)* | Assets Exempt: 21,600.00 |
| Total Distributions to Claimants: 5,034.39 | Claims Discharged Without Payment: 106,390.38 |
| Total Expenses of Administration: 5,965.61 | |

3) Total gross receipts of $ 11,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 349,479.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,965.61 | 5,965.61 | 5,965.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,781.00 | 87,566.77 | 87,566.77 | 5,034.39 |
| **TOTAL DISBURSEMENTS** | $ 448,260.00 | $ 93,532.38 | $ 93,532.38 | $ 11,000.00 |

    4) This case was originally filed under chapter 7 on 10/19/2015 . The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2017      By:/s/JOSEPH E. COHEN
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Dodge Jouney | 1229-000 | 11,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Merit Bank Attention: Bankruptcy Iii Cascade Plaza Akron, OH 44308 | | 29,678.00 | NA | NA | 0.00 |
| | Lake County Collector 18 N. County St. Ste 102 Waukegan, IL 60085-4361 | | 10,575.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nationwide Acceptance 105 Decker Ct. Suite 725 Irving, TX 75062 | | 309,226.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 349,479.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,850.00 | 1,850.00 | 1,850.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 12.61 | 12.61 | 12.61 |
| ASSOCIATED BANK | 2600-000 | NA | 70.88 | 70.88 | 70.88 |
| COHEN & KROL | 3110-000 | NA | 2,176.01 | 2,176.01 | 2,176.01 |
| JOSEPH COHEN, ATTORNEY | 3110-000 | NA | 1,087.99 | 1,087.99 | 1,087.99 |
| COHEN & KROL | 3120-000 | NA | 206.22 | 206.22 | 206.22 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 561.90 | 561.90 | 561.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,965.61** | **$ 5,965.61** | **$ 5,965.61** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 2,370.00 | NA | NA | 0.00 |
| | Comenity Bank/Lane Bryant Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 3,978.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 3,708.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 1,703.00 | NA | NA | 0.00 |
| | Dept Of Education/neln 121 S 13th St Lincoln, NE 68508 | | 1,656.00 | NA | NA | 0.00 |
| | HSBC Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 10,443.00 | NA | NA | 0.00 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 9,075.00 | 9,075.79 | 9,075.79 | 521.79 |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 15,981.00 | 15,981.68 | 15,981.68 | 918.82 |
| 000008 | CAPITAL ONE, N.A. | 7100-000 | 3,011.00 | 3,011.29 | 3,011.29 | 173.12 |
| 000001 | DISCOVER BANK | 7100-000 | 20,396.00 | 20,431.31 | 20,431.31 | 1,174.64 |
| 000011 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 7,828.00 | 7,961.43 | 7,961.43 | 457.71 |
| 000009 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 300.00 | 300.32 | 300.32 | 17.27 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 3,782.00 | 3,782.20 | 3,782.20 | 217.45 |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 135.00 | 138.08 | 138.08 | 7.94 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,920.00 | 1,997.51 | 1,997.51 | 114.84 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,933.00 | 2,000.63 | 2,000.63 | 115.02 |
| 000002 | U.S. DEPARTMENT OF EDUCATION CO NEL | 7100-000 | 10,562.00 | 22,886.53 | 22,886.53 | 1,315.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 98,781.00 | $ 87,566.77 | $ 87,566.77 | $ 5,034.39 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 15-35501 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KARPIERZ, ELWIRA ANNA | Date Filed (f) or Converted (c): | 10/19/15 (f) |
| | | 341(a) Meeting Date: | 12/03/15 |
| For Period Ending: 04/06/17 | | Claims Bar Date: | 03/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 27159 N Mack Dr, Wauconda IL 60084 | 365,000.00 | 0.00 | | 0.00 | FA |
| Location: 27159 N Mack Dr, Wauconda IL 60084 | | | | | |
| 2. Financial Accounts | 1,500.00 | 0.00 | | 0.00 | FA |
| Checking and Savings Account at Chase | | | | | |
| 3. Financial Accounts | 500.00 | 0.00 | | 0.00 | FA |
| Checking Account at Healh Care Associates Credit Union | | | | | |
| 4. Financial Accounts | 375.00 | 0.00 | | 0.00 | FA |
| Checking and Savings Account at Bank of America - Owned by Debtor and Daughter | | | | | |
| 5. Household Goods | 750.00 | 0.00 | | 0.00 | FA |
| Furnishings and Appliances | | | | | |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| DVDs, CDs, Books, Personal Pictures | | | | | |
| 7. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| Clothes and Shoes | | | | | |
| 8. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| Wedding Band | | | | | |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance Policy through Work | | | | | |
| 10. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 401k Account with Employer | | | | | |
| 11. Liquidated Claims | 500.00 | 0.00 | | 0.00 | FA |
| 2015 Joint Anticipated Tax Refund | | | | | |
| 12. Vehicles | 4,062.50 | 0.00 | | 0.00 | FA |
| 2010 Nissan Versa with over 70,000 miles- Joint with Daughter | | | | | |
| 13. Vehicles | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.07a

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 15-35501 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KARPIERZ, ELWIRA ANNA | | | Date Filed (f) or Converted (c): | 10/19/15 (f) |
| | | | | 341(a) Meeting Date: | 12/03/15 |
| | | | | Claims Bar Date: | 03/07/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2002 Dodge Caravan with over 215,000 miles 14. Animals 2 Dogs 1 Chicken | 3.00 | 0.00 | | 0.00 | FA |
| 15. 2015 Dodge Jouney (u) | 0.00 | 0.00 | | 11,000.00 | FA |

TOTALS (Excluding Unknown Values)    $373,490.50    $0.00    $11,000.00    $0.00

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE'S OFFICE - 1/30/17

TRUSTEE TO REVIEW CLAIMS AND SUBMIT TFR - 1/12/17. TRUSTEE SOLD VEHICLE AT PUBLIC AUCTION - 10/31/16. TRUSTEE FILED MOTION TO EMPLOY AUCTIONEER TO SELL VEHICLE - 7/30/16. TRUSTEE IS FILING MOTION TO EMPLOY ATTORNEY FOR TRUSTEE - 4/30/16.

Initial Projected Date of Final Report (TFR): 03/31/17    Current Projected Date of Final Report (TFR): 03/31/17

LFORM1                                                                                              Ver: 19.07a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**     Page: 1   Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-35501 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | KARPIERZ, ELWIRA ANNA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6496 Checking Account |
| Taxpayer ID No: | *******3931 | | |
| For Period Ending: | 04/06/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/16 | 15 | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Sale of Vehicle | 1229-000 | 11,000.00 | | 11,000.00 |
| 08/26/16 | 300001 | AMERICAN AUCTION ASSOCIATES, INC.<br>508 WEST BRITTANY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Auctioneer Expenses<br>Auctioneer Expenses | 3620-000 | | 561.90 | 10,438.10 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 10,428.10 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,413.10 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.48 | 10,397.62 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.96 | 10,382.66 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.44 | 10,367.22 |
| 03/20/17 | 300002 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | | | 1,862.61 | 8,504.61 |
| | | | Fees    1,850.00 | 2100-000 | | | |
| | | | Expenses    12.61 | 2200-000 | | | |
| 03/20/17 | 300003 | JOSEPH E. COHEN, ATTORNEY<br>105 W. MADISON, STE 1100<br>CHICAGO, IL 60602 | Claim ADMIN 2, Payment 100.00000% | 3110-000 | | 1,087.99 | 7,416.62 |
| 03/20/17 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 22, Payment 100.00000% | | | 2,382.23 | 5,034.39 |
| | | | Fees    2,176.01 | 3110-000 | | | |
| | | | Expenses    206.22 | 3120-000 | | | |
| 03/20/17 | 300005 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 5.74922% | 7100-000 | | 1,174.64 | 3,859.75 |
| | | | Page Subtotals | | 11,000.00 | 7,140.25 | |

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-35501 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | KARPIERZ, ELWIRA ANNA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6496  Checking Account |
| Taxpayer ID No: | *******3931 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/17 | 300006 | U.S. Department of Education CO Nelnet<br>121 S 13TH ST, SUITE 201<br>LINCOLN, NE 68508 | Claim 000002, Payment 5.74919% | 7100-000 | | 1,315.79 | 2,543.96 |
| 03/20/17 | 300007 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 5.75029%<br>(3-1) Money Loaned | 7100-000 | | 7.94 | 2,536.02 |
| 03/20/17 | 300008 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 5.74916%<br>(4-1) Money Loaned | 7100-000 | | 114.84 | 2,421.18 |
| 03/20/17 | 300009 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000005, Payment 5.74919%<br>(5-1) Money Loaned | 7100-000 | | 115.02 | 2,306.16 |
| 03/20/17 | 300010 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000006, Payment 5.74921% | 7100-000 | | 918.82 | 1,387.34 |
| 03/20/17 | 300011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 5.74925%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 521.79 | 865.55 |
| 03/20/17 | 300012 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 5.74903%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 173.12 | 692.43 |
| 03/20/17 | 300013 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Claim 000009, Payment 5.75053% | 7100-000 | | 17.27 | 675.16 |

Page Subtotals         0.00     3,184.59

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-35501 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KARPIERZ, ELWIRA ANNA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6496 Checking Account |
| Taxpayer ID No: | *******3931 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/17 | 300014 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A. | Claim 000010, Payment 5.74930% | 7100-000 | | 217.45 | 457.71 |
| 03/20/17 | 300015 | Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (WAL-MART)<br>POB 41067<br>Norfolk, VA 23541 | Claim 000011, Payment 5.74909% | 7100-000 | | 457.71 | 0.00 |

|  |  | COLUMN TOTALS | 11,000.00 | 11,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 11,000.00 | 11,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 11,000.00 | 11,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6496 | 11,000.00 | 11,000.00 | 0.00 |
| | 11,000.00 | 11,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        675.16

Ver: 19.07a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-35501 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | KARPIERZ, ELWIRA ANNA | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6496 Checking Account |
| Taxpayer ID No: | *******3931 | | | |
| For Period Ending: | 04/06/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 19.07a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*